L. M. COOPER et al., Movants, v. L. B. McHARGUE, Opposed.

## Court of Appeals of Kentucky.

Nov. 30, 1945.

C. R. Luker for movants.

H. C. Clay opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Tom HALL, Movant, v. COMMONWEALTH of Kentucky, Opposed.

## Court of Appeals of Kentucky.

Dec. 18, 1945.

H. C. Kennedy for movant.

PER CURIAM.

Appeal denied. Judgment affirmed.